IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   06-cr-00304-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. JAMES HUBER,

   Defendant.

## ORDER

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:  IT IS HEREBY

ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this 5th day of January, 2007.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              UNITED STATES DISTRICT JUDGE